CELINA MANUFACTURING COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 9502.

Circuit Court of Appeals, Sixth Circuit.

Feb. 15, 1944.

Robert D. TouVelle, of Columbus, Ohio, for petitioner.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, R. H. Transue, Helen R. Carloss and Newton K. Fox, all of Washington, D. C., for respondent.

Before SIMONS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

This cause came on to be heard on the transcript of record of the Tax Court of the United States and was argued by counsel. On consideration whereof, it is now here ordered and adjudged by this court that the order of the said Tax Court, 47 B.T.A. 967, be and the same is hereby reversed and the case remanded for further proceedings consistent with the opinion of this court in the case of The Musselman Hub-Brake Co. v. Commissioner of Internal Revenue, 6 Cir., 139 F.2d 65.

CITY COMPANY OF NEW YORK, Incorporated, a Corporation, Appellant, v. Jay S. STERN.

No. 11453.

Circuit Court of Appeals, Eighth Circuit.

Feb. 21, 1944.

M. J. Doherty and Doherty, Rumble, Butler, Sullivan & Mitchell, all of St. Paul, Minn., for appellant.

George B. Leonard, Benedict Deinard, and Leonard, Street & Deinard, all of Minneapolis, Minn., for appellee.

PER CURIAM.

Mandate of Supreme Court ordered filed and recorded, 312 U.S. 666, 61 S.Ct. 823, 85 L.Ed. 1110. Judgment of this Court of March 18, 1940, 8 Cir., 110 F.2d 601, vacated and set aside and held for naught, and appeal from District Court dismissed without costs, etc., pursuant to stipulation of parties.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Lloyd H. DIEHL, Respondent.

No. 9550.

Circuit Court of Appeals, Sixth Circuit.

Jan. 24, 1944.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, Charles E. Lowery, Samuel H. Levy, and Arthur Manella, all of Washington, D. C., for petitioner.

J. Marvin Haynes, of Washington, D. C., and Grant L. Cook, of Detroit, Mich., for respondent.

Before ALLEN, HAMILTON, and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause having come on to be heard upon the transcript of record and briefs and arguments of counsel, and after due consideration, it is hereby ordered, adjudged, and decreed that the decision herein reviewed is affirmed on the findings of fact and opinion of the Tax Court of the United States, 1 T.C. 139.